AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Pennsylvania

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| TIMMY PRIEST | ) | Case No. 21-CR-297 |
| | ) | USM No. 76759-066 |
| | ) | Leo A. Latella, AFPD |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Man 1,2,4 Stan 3,4, Addl 6   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition 1 | You shall not commit another federal, state or local crime. | |
| Mandatory Condition 2 | You must not unlawfully possess a controll edsubstance. | |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1786

Defendant's Year of Birth:   1984

City and State of Defendant's Residence:
Summit Hill, Pennsylvania

08/16/2023
Date of Imposition of Judgment

Signature of Judge

Robert D. Mariani, U.S. District Court Judge
Name and Title of Judge

8/22/23
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 5

DEFENDANT: TIMMY PRIEST
CASE NUMBER: 21-CR-297

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard Condition 3 | You must not knowingly leave the federal judicial district where you are authorized to reside without first getting prermission from the Court or probation officer. | 08/01/2022 |
| Standard Condition 4 | After initally reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. | 07/07/2022 |
| Mandatory Condition 4 | You must make restitution in accourdance with 18 USC §3663 and 3663A or any other statute authorizing a sentece of restitution. | |
| Special Condition 6 | The defendant shall participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged. | 04/29/2022 |

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: TIMMY PRIEST
CASE NUMBER: 21-CR-297

Judgment — Page __3__ of __5__

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

EIGHT (8) MONTHS.  This term consitss of 8 months on each count to run concurrenlty.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 2A — Imprisonment

DEFENDANT: TIMMY PRIEST
CASE NUMBER: 21-CR-297

Judgment—Page 4 of 5

## ADDITIONAL IMPRISONMENT TERMS

I must advise you of your right to appeal your sentence to the United States Court of Appeals. With few exceptions, any notice of appeal must be filed within fourteen days of sentencing. If you are unable to pay the cost of any appeal, then you may apply for leave to appeal in forma pauperis, and if approved, counsel will be appointed for you and you will be be required to pay any costs. If you so reqest, the Clerk of Court will prepare and file a Notice of Appeal on you behalf.

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 6 — Schedule of Payments

Judgment — Page  5  of  5

DEFENDANT: TIMMY PRIEST
CASE NUMBER: 21-CR-297

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below); or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F ☑ Special instructions regarding the payment of criminal monetary penalties:

It is further ordered that the defendant must pay the balance of the special assessment in the amount of $500, and restitution in the amount of $50, to the Clerk, U.S. District Court. During the term of imprisonment, the special assessment is payable every three months in an amount, after a telephone allowance, equal to 50 percent of the funds deposited into the defendant's inmate trust fund account.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.